# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-40171
Summary Calendar

United States Court of Appeals
Fif h Circuit

**FILED**
May 2, 2017

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

PEDRO ANTONIO AYALA-AYALA,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:05-CR-920-1

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:*

Defendant-Appellant Pedro Antonio Ayala-Ayala appeals the 24-month term of imprisonment imposed by the district court on revocation of his supervised release. During the pendency of this appeal, Ayala-Ayala completed his revocation sentence and was released from custody. Because the district court did not impose an additional term of supervised release, the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-40171

instant appeal is moot. *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998); *United States v. Heredia-Holguin*, 823 F.3d 337, 343 (5th Cir. 2016) (en banc).

Accordingly, Ayala-Ayala's appeal is DISMISSED as moot.